## (March 12, 1969)

■ MARCIA McGOWAN, Appellant, et al., Plaintiff, v. MARY A. BELLANGER et al., Respondents, et al., Defendant.— Appeal dismissed, without costs, unless appellant shall, on or before April 2, 1969, file and serve record, brief and notice of argument for the term commencing May 12, 1969, in which event motion denied. Motion to amend notice of appeal denied, without costs (*Matter of May* v. *Accident & Cas. Ins. Co.*, 275 App. Div. 1007). Gibson, P. J., Aulisi, Staley, Jr., Cooke and Greenblott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH WOUT, Appellant, v. CORNELIUS S. WOUT, Respondent.— Motion granted, without costs, and respondent is directed to return forthwith original record to appellant with any proposed amendments or objections thereto (CPLR 5525, subd. [c]; Rules of the Appellate Division, Third Department, rule 2, subd. [e]; 22 NYCRR 800.2 [e]). Appeal set down for argument at the term to commence April 14, 1969. Respondent's brief shall be filed by April 4, 1969. Gibson, P. J., Aulisi, Staley, Jr., Cooke and Greenblott, JJ., concur.